November 13, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

DEBBIE MALLARD, Appellant

NO. 14-12-00974-CR            V.

THE STATE OF TEXAS, Appellee

_____

       This cause was heard on the transcript of the record of the court below. The record indicates that the appeal should be DISMISSED. The Court orders the appeal **DISMISSED** in accordance with its opinion.

       We further order this decision certified below for observance.